Opinion approved by the Court.

## FREEMAN v. STATE.

No. 26902.

Court of Criminal Appeals of Texas.

March 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Driving, while intoxicated, upon a public highway is the offense; the punishment, a fine of $75.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.